Walter N. Glass, Appellant, v. Georgette Glass, and Central National Bank of Chicago, Appellees.

Gen. No. 46,727. (Abstract of Decision.)

First District, Second Division.

April 3, 1956.

Released for publication April 24, 1956.

froe Eaton, for appellant; Euclid Louis Taylor, and Richard K. Cooper, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.